UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMEL PURNELL,

                Plaintiff,

    - against -

CAPT. WILLIAMS, ET AL.,

                Defendants.

22-cv-5956 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 14, 2022.

SO ORDERED.

Dated:    New York, New York
           October 29, 2022

                                            John G. Koeltl
                                   United States District Judge