UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMEEL PURNELL,

               Plaintiff,

- against -

CAPT. WILLIAMS, ET Al.,

               Defendants.

22-cv-5956 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff may submit an additional response to the motion for summary judgment, see ECF No. 34, by **October 30, 2023**. The defendants can reply three weeks after the date of any further response, irrespective of whether such additional filing is made. The Clerk is directed to mail a copy of the order to the plaintiff and note the mailing on the docket.

The plaintiff may consider contacting the New York Legal Assistance Group's (NYLAG) Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this Court. The clinic is run by a private organization; it is not part of, or run by, the Court. An informational flyer regarding NYLAG is attached to this Order.

SO ORDERED.

Dated:    New York, New York
           October 9, 2023

                                            John G. Koeltl
                                   United States District Judge