UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMEL PURNELL,

                Plaintiff,

- against -

CAPT. WILLIAMS, ET Al.,

                Defendants.

---

22-cv-5956 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The deadline for the plaintiff to submit an additional response to the motion for summary judgment, see ECF No. 34, is extended to **November 24, 2023.** The defendants can reply three weeks after the date of any further response. If the plaintiff does not respond, the motion will be decided on the current papers. The Clerk is directed to mail a copy of the order to the plaintiff and note the mailing on the docket.

**SO ORDERED.**

Dated:    New York, New York
            November 3, 2023

                                        John G. Koeltl
                              United States District Judge