```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JAMEL PURNELL,

                Plaintiff,

    - against -

CAPT. WILLIAMS, ET Al.,

                Defendants.

22-cv-5956 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

In view of this Court's Order of Service, signed December 13, 2023, and order extending time for the plaintiff to file an amended complaint, the nature of the complaint and responsive pleadings may differ from the complaint signed by the plaintiff on June 8, 2022. See ECF No. 2. For this reason, the City of New York's motion for summary judgment, ECF No. 34, is **denied without prejudice**. The Clerk is directed to close ECF No. 34.

SO ORDERED.

Dated:    New York, New York
           December 13, 2023

                                        John G. Koeltl
                                  United States District Judge