```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JAMEL PURNELL,

                Plaintiff,

   - against -

CAPT. WILLIAMS, ET Al.,

                Defendants.

22-cv-5956 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **April 26, 2024.**

SO ORDERED.

Dated:    New York, New York
            April 11, 2024

                                       /s/ John G. Koeltl
                                       John G. Koeltl
                                 United States District Judge