```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

JAMEL PURNELL,

                          Plaintiff,

      - against -                     22-cv-5956 (JGK)

CAPTAIN CLIVE WILLIAMS, ET AL.,      ORDER

                         Defendants.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    In response to the plaintiff's October 23, 2024 letter asking whether the defendants had the right to make a second motion for summary judgment, ECF No. 70, the answer is "yes" and the plaintiff must respond to that motion.

    The first motion for summary judgment was denied in view of the fact that the plaintiff had filed an amended complaint. The motion was not decided on the merits. By order dated September 2, 2024, the Court expressly gave the defendants the right to file a motion for summary judgment and set the schedule. ECF No. 64. Therefore, the plaintiff should respond to the motion for summary judgment by **November 28, 2024**. The defendants shall reply by **December 12, 2024**.

The Clerk is requested to mail a copy of this Order to the plaintiff and to note the mailing on the docket.

**SO ORDERED.**
**Dated:**   **New York, New York**
         **November 5, 2024**

_____
John G. Koeltl
United States District Judge