```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JAMEL PURNELL,                                22-cv-5956 (JGK)

        Plaintiff,                        <u>ORDER</u>

- against -

CAPTAIN CLIVE WILLIAMS, ET AL.,

        Respondents.

JOHN G. KOELTL, District Judge:

    The movants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment, ECF No. 65.

SO ORDERED.

Dated:   New York, New York
        December 30, 2024

                                              _____
                                                  John G. Koeltl
                                            United States District Judge