UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMEL PURNELL,

                Plaintiff,

  -against-                                     22 **CIVIL** 5956 (JGK)

                                                             **JUDGMENT**

CAPTAIN CLIVE WILLIAMS, ET AL.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 11, 2025, the Court has considered all of the parties' arguments. To the extent not specifically addressed, those arguments are either moot or without merit. For the foregoing reasons, the defendants' motion for summary judgment is granted. Judgment is entered dismissing the case; accordingly, the case is closed.

**Dated:**  New York, New York

       July 14, 2025

                                                                        **TAMMI M. HELLWIG**
                                                                         **Clerk of Court**

                                    **BY:**      K. Mango

                                                                          **Deputy Clerk**